

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

No. 06-15-00030-CR

CHARLES FRANCIS WILLIAMS, Appellant

V.

THE STATE OF TEXAS, Appellee

On Appeal from the 354th District Court
Hunt County, Texas
Trial Court No. 30,023

Before Morriss, C.J., Moseley and Burgess, JJ.

# O R D E R

Our review of the reporter's record and clerk's record in this case indicates that both such records contain "sensitive data" as that phrase is defined in Rule 9.10 of the Texas Rules of Appellate Procedure. *See* TEX. R. APP. P. 9.10(a). Sensitive data includes "a driver's license number, passport number, social security number, tax identification number or similar government-issued personal identification number," as well as "a birth date, a home address, and the name of any person who was a minor at the time the offense was committed." TEX. R. APP. P. 9.10(a)(1), (3). The clerk's record includes government-issued personal identification numbers, and volume eight of the reporter's record includes the names of persons who were minors at the time the offense was committed. Rule 9.10(b) states, "Unless a court orders otherwise, an electronic or paper filing with the court, including the contents of any appendices, must not contain sensitive data." TEX. R. APP. P. 9.10(b).

Rule 9.10(f) provides, "A court may also order that a document be filed under seal in paper form or electronic form, without redaction." TEX. R. APP. P. 9.10(f). Therefore, because the reporter's record and clerk's record contain sensitive data, we order the clerk of this Court or her appointee, in accord with Rule 9.10(f), to seal volume eight of the electronically filed reporter's record and the entirety of the electronically filed clerk's record in this case.

IT IS SO ORDERED.

BY THE COURT

Date: November 5, 2015